GEORGE WINDISCH, as Administrator of the Estate of EUGENE WINDISCH, Deceased, Respondent, *v.* UVALDE ASPHALT PAVING Co., INC., Appellant, Impleaded with Others.

(Argued February 14, 1929; decided March 19, 1929.)

*Clarence S. Zipp* and *E. C. Sherwood* for appellant.

*Jacob J. Aronson* and *Henry L. Schaefer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.